**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY N. BARNETT, et al. | Case No. ED CV 21-1965 FMO (SPx) |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| CITY OF PALM SPRINGS, et al., | |
| Defendants. | |

Pursuant to the parties' Response to Order to Show Cause (Dkt. 34), by which the parties stated that they had reached a settlement and the Court's Order of April 28, 2023, approving minor's compromise, (Dkt. 43), IT IS ORDERED that the above-captioned action is dismissed. Dated this 2nd day of May, 2023.

/s/
Fernando M. Olguin
United States District Judge